**EXHIBIT R**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ, on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs.

CASE NO. 2:19-cv-10920-FMO-GJS

GTS LIVING FOODS, LLC,

Defendant.

______________________________

HIGHLY CONFIDENTIAL
VIDEO DEPOSITION OF CHRISTOPHER NUNEZ
January 8, 2026
10:07 a.m.
Los Angeles, California

Reported By:
Brandi R. Celestino
CSR No. 13640

Q Other than Martin Brenner, what are other names of other attorneys that you've worked with at Dovel Luner? 13:30:45 13:30:52 13:30:55
A My main point person has been Martin Brenner. There was someone else, but I do not remember their name. It was another man working at Dovel Luner. 13:30:57 13:31:01 13:31:05
Q Was it Yeremey Krivoshey? 13:31:10
A I don't believe so, no. 13:31:14
Q Was it David Wasserman? 13:31:16
A I don't think so. 13:31:20
Q Were you promised anything when you decided to join the class action against GT's Living Foods? 13:31:45 13:31:50
A No. 13:31:58
MR. BRENNER: Objection. Vague. 13:31:59
THE WITNESS: No. No promises were made. 13:32:01
MR. HARPER: I'm going to mark as Exhibit 11. 13:32:27 13:32:45
(Exhibit 11 marked.) 13:32:45
BY MR. HARPER: 13:32:46
Q Do you recognize this document? 13:32:46
A This does look familiar, yes. 13:33:05
Q What is this document? 13:33:06
MR. BRENNER: Objection. California. 13:33:12
THE WITNESS: To my understanding, it's an agreement of law firms to work together in this case 13:33:16 13:33:19

against GT's. 13:33:22
BY MR. HARPER: 13:33:23
Q Have you seen this document before? 13:33:23
A I believe so, yes. 13:33:25
Q When did you see it? 13:33:26
A If I had to estimate, perhaps like late 2024, 13:33:30
early 2025. Again, I'm not certain of this date. 13:33:43
Q Did you sign a copy of this? 13:33:46
A I believe I did so, yes. 13:33:52
Q Can you turn to page 2, please. 13:34:03
So the first paragraph starting with "if the 13:34:13
parties receive additional funds" down to -- well, 13:34:16
just review this page, and then I'll ask you some 13:34:25
questions about it. 13:34:29
Actually, what I'll have you do for 13:34:40
completion, read the entire document, but I want you 13:34:42
to pay particular attention to "cost reimbursement of 13:34:44
attorneys fees" on page 1 through the end of that 13:34:47
section at the top of page 3. 13:34:53
A Okay. Okay. I reviewed it. 13:34:56
Q What do you understand this section to 13:35:48
address? 13:35:52
A To my understanding -- again, I'm not a 13:35:56
lawyer so I'm not -- probably not interpreting it 13:36:00
exactly correctly, but it has to do with how 13:36:04

THE WITNESS: No. I do not supervise in that capacity either. 13:39:32 13:39:33

BY MR. HARPER: 13:39:36

Q Do you have any oversight whatsoever over the lawyers in this lawsuit? 13:39:36 13:39:39

MR. BRENNER: Objection. Vague as to oversight. 13:39:41 13:39:43

THE WITNESS: No, I do not have any oversight in regards to any of the lawyers or firms as mentioned in this document. 13:39:43 13:39:45 13:39:49

BY MR. HARPER: 13:39:51

Q Do you know who the lawyers are in this lawsuit other than Martin Brenner? 13:39:51 13:39:53

A Martin Brenner is who I associate with Dovel and acts on their behalf. I'm not familiar on a name basis of the other lawyers who are involved. No. 13:40:00 13:40:03 13:40:07

MR. HARPER: I'm going to hand you what we'll mark as Exhibit 12. 13:40:44 13:40:46

(Exhibit 12 marked.) 13:40:49

BY MR. HARPER: 13:41:00

Q Take a minute to review it. 13:41:00

A I reviewed it. 13:41:32

Q Okay. Have you seen this document before? 13:41:48

A It looks familiar, yes. 13:41:51

Q Have you signed this document? 13:41:53



Veritext Legal Solutions
calendar-abi@veritext.com 818-551-7300 www.veritext.com

A I have reason to believe so, yes. 13:41:56
Q Can you tell me generally what this document is? 13:41:58 13:41:59
A I believe, to my understanding, this document is a notice stating that Dovel will be taking on -- will be taking over as lead counsel for this case. 13:42:00 13:42:03 13:42:07
Q Do you see anything in this document that says that the other law firms, including Smith Krivoshey, will no longer have any share of any proceeds from any class settlement or award to the class in this case? 13:42:10 13:42:15 13:42:18 13:42:24 13:42:31
MR. BRENNER: Object to form. Calls for a legal conclusion. 13:42:33 13:42:36
Before you answer, review the document. 13:42:39
THE WITNESS: I'm prefacing by saying I'm not a lawyer and I'm not sure if I'm interpreting this document correctly, but it looks like, to my understanding, that the material cost incurred by -- will be borne and paid by Dovel. 13:43:14 13:43:17 13:43:20 13:43:23 13:43:26
I do see that Zimmerman has been included as co-counsel, and stayed on the case for continued litigation. I'm not sure if that means that they also are entitled to a part of the compensation after the fact. Again, that might just be previous document that's went more into detail about what that 13:43:30 13:43:33 13:43:37 13:43:40 13:43:43 13:43:47

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, Brandi Celestino, a Certified Shorthand Reporter, do hereby certify:

That prior to being examined, the witness in the foregoing proceedings was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That said proceedings were taken before me at the time and place therein set forth and were taken down remotely by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

I further certify that I am neither counsel for, nor related to, any party to said proceedings, not in any way interested in the outcome thereof.

In witness whereof, I have hereunto subscribed my name.

Dated: January 8, 2026



Brandi Celestino