DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
  *jharper@dwt.com*
Heather F. Canner (SBN 292837)
  *heathercanner@dwt.com*
Joseph Elie-Meyers (SBN 325183)
  *josepheliemeyers@dwt.com*
Peter K. Bae (SBN 329158)
  *peterbae@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Defendant*
*GT's Living Foods, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GT'S LIVING FOODS, LLC,<br><br>Defendant. | Case. No. 3:26-mc-80036-TSH<br><br>(Case No. 2:19-cv-10920-FMO-DSR Pending in the Central District of California)<br><br>**DECLARATION OF JACOB M. HARPER IN SUPPORT OF OPPOSITION TO MOTION FOR SANCTIONS**<br><br>*[Opposition; Motion to Consider Whether Another Party's Material Should Be Sealed; Declarations of Joseph Elie-Meyers; and [Proposed] Order Filed Concurrently]* |

HARPER DECLARATION IN SUPPORT OF
OPPOSTION TO MOTION FOR SANCTIONS

## <u>DECLARATION OF JACOB M. HARPER</u>

I, Jacob M. Harper, declare as follows:

1.    I am a partner with the law firm of Davis Wright Tremaine LLP, lead counsel for GT's Living Foods, LLC (GT's) in the matter of *Patel et al. v. GT's Living Foods, LLC*, No. 2:19-cv-10920-FMO-DSR (C.D. Cal.) (*Patel*). I make this declaration in support of Non-Parties Davis Wright Tremaine LLP, Jacob M. Harper, and Joseph Elie-Meyers' Opposition to Motion for Sanctions (Opposition). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2.    As stated in the concurrently-filed Opposition and Declaration of Joseph Elie-Meyers, GT's subpoenas—including the subpoena issued to Yeremy O. Krivoshey—were issued in *Patel* strictly for the needs of this litigation. In addition, GT's employed the least burdensome means of obtaining information sufficient to address its concerns regarding the ongoing involvement and financial interest of former counsel before issuing the subpoenas, including by eliciting information from the *Patel* plaintiffs at their depositions.

3.    The actions above were taken at my direction solely in the interest of serving GT's, including addressing Judge Olguin's concerns with the adequacy issues presented by counsel's actions, *Patel*, ECF No. 129, and investigating whether those issues posed a continuing problem despite the change of counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of March 2026, at Los Angeles, California.

*/s/ Jacob M. Harper*
Jacob M. Harper

1

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

HARPER DECLARATION IN SUPPORT OF
OPPOSTION TO MOTION FOR SANCTIONS

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2700, 350 South Grand Avenue, Los Angeles, California 90071.

On March 6, 2026, I served the foregoing document(s) described as: **DECLARATION OF JACOB M. HARPER IN SUPPORT OF OPPOSITION TO MOTION FOR SANCTIONS** by placing a true copy of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Simon Carlo Franzini
Gabriel Zachiah Doble
Richard E Lyon, III
Dovel and Luner LLP
201 Santa Monica Boulevard Suite 600
Santa Monica, CA 90401
Email: simon@dovel.com
Email: gabe@dovel.com
Email: rick@dovel.com

  X   (VIA MAIL) I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

  X   (VIA EMAIL) By forwarding a portable document file to the electronic mail address(es) below from electronic mail address **annajimenez@dwt.com**, at Floor 27, 350 South Grand Avenue, Los Angeles, California.

Executed on March 6, 2026, at Los Angeles, California.

☐     State     I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

X     Federal     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
Anna Jimenez

1

HARPER DECLARATION IN SUPPORT OF
OPPOSTION TO MOTION FOR SANCTIONS

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899