**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
28 Geary Street Suite 650 #1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com

*Attorneys for Non-Parties Yeremey O. Krivoshey and Smith Krivoshey, PC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GT'S LIVING FOODS, LLC.,<br><br>Defendant. | Misc Case No. 3:26-mc-80036-TSH<br><br>(Case No. 2:19-cv-10920-FMO-GJS Pending in the Central District of California)<br><br>**DECLARATION OF JOEL D. SMITH IN SUPPORT OF REPLY BRIEF IN SUPPORT OF MOTION FOR SANCTIONS AGAINST GT'S LIVING FOODS, LLC, DAVIS, WRIGHT, TREMAINE, AND ATTORNEYS JACOB HARPER AND JOSEPH ELIE-MEYERS**<br><br>Date: April 2, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Thomas S. Hixon |

I, Joel D. Smith, declare as follows:

1. I am member of the bar of this Court, and a partner at Smith Krivoshey, PC. I have personal knowledge of the matters set forth herein, and if called upon to do so, would and could testify competently thereto. I offer this declaration in support of the Reply Brief in Support of Motion for Sanctions Against Defendant GT's Living Foods, LLC, Davis, Wright, Tremaine, and Attorneys Jacob Harper and Joseph Elie-Meyers.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the March 10, 2026 Order Denying Defendant's Motion to Compel Plaintiff's Further Responses to Request for Production (Doc. No. 188) in *Sharpe, et al. v. GT's Living Foods, LLC*, Dkt. 200 (C.D. Cal.). This document also is subject to judicial notice. *See McGee v. City of Hercules*, 2025 WL 1433819 at *3 (N.D. Cal. May 19, 2025) (Hixson, J.) (taking judicial notice of district court order); *Harris v. Cnty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) ("We may take judicial notice of … documents on file in federal or state courts."). The Non-Parties have filed a separate Request for Judicial Notice with this declaration.

3. Attached hereto as **Exhibit 2** is a true and correct copy of itemized time/billing records generated between March 6, 2026, and approximately 9 a.m. on March 13, 2026, when Exhibit 2 was printed. The entries reflect work responding to the opposition to the motion for sanctions and drafting the reply brief.

4. Attorneys at my firm are required to keep contemporaneous time records using the firm's billing software, and in my experience they do so as a matter of standard practice. The law firm uses Practice Panther software to track time and expenses on each matter.

5. I have reviewed the time entries and used billing judgment to ensure that duplicative or unnecessary time has been excluded and that only time reasonably devoted to responding to the opposition to the motion for sanctions and drafting the reply brief. Where appropriate, I have used my judgment to delete time entries or reduce the time shown on entries, to ensure that the amounts reflected are reasonable.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed in Danielson, CT on March 13, 2026.

Joel D. Smith