UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMIT PATEL, et al.,

               Plaintiffs,

     v.

GT'S LIVING FOODS, LLC,

               Defendant.

Case No. 26-mc-80036-TSH

**ORDER VACATING HEARING**

This matter is currently scheduled for a hearing on April 2, 2026, regarding non-parties Yeremey O. Krivoshey and Smith Krivoshey, P.C.'s Motion for Sanctions. *See* ECF No. 9. Pursuant to Civil Local Rule 7-1(b), the Court finds the motion suitable for disposition without oral argument and **VACATES** the hearing. The matter is deemed under submission.

     **IT IS SO ORDERED.**

Dated: April 1, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California