DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
  *jharper@dwt.com*
Heather F. Canner (SBN 292837)
  *heathercanner@dwt.com*
Joseph Elie-Meyers (SBN 325183)
  *josepheliemeyers@dwt.com*
Peter K. Bae (SBN 329158)
  *peterbae@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant*
*GT's Living Foods, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GT'S LIVING FOODS, LLC,<br><br>Defendant. | Case. No. 3:26-mc-80036-TSH<br><br>(Case No. 2:19-cv-10920-FMO-DSR Pending in the Central District of California)<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>Judge:       Hon. Thomas S. Hixon<br>Courtroom: E – 15th Floor |

NOTICE OF CHANGE OF COUNSEL

Please take notice that attorney Joseph Elie-Meyers of Davis Wright Tremaine LLP hereby withdraws as counsel of record for Defendant GT's Living Foods, LLC in the above-captioned matter.  Mr. Elie-Meyers will resign from Davis Wright Tremaine effective June 19, 2026, to begin other employment in an in-house role. Elie-Meyers Decl. ¶ 2. Upon resignation, Mr. Elie-Meyers will keep his contact information current pursuant to L.R. 5-1(c)(3). *Id.* ¶ 3.  Please note that attorneys Jacob M. Harper, Heather F. Canner, and Peter K. Bae of Davis Wright Tremaine LLP, will remain as counsel to Defendant GT's Living Foods, LLC in this matter. *Id.* ¶ 4.

DATED: June 18, 2026

DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper
Heather F. Canner
Joseph Elie-Meyers
Peter K. Bae

By: */s/ Joseph Elie-Meyers*
       Joseph Elie-Meyers

*Attorneys for Defendant*
*GT's Living Foods, LLC*

1

NOTICE OF CHANGE OF COUNSEL

## <u>DECLARATION OF JOSEPH ELIE-MEYERS</u>

I, Joseph Elie-Meyers, hereby declare and state as follows:

1.      I am a member of the Bar of the State of California and am admitted to practice in the United States District Court for the Northern District of California. I am an attorney at the law firm of Davis Wright Tremaine LLP ("DWT"), attorneys of record for Defendant GT's Living Foods, LLC ("GT's"). I submit this declaration in support of my notice of withdrawal. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so under oath.

2.      On Friday, June 5, 2026, I gave notice of my resignation from Davis Wright Tremaine LLP, effective June 19, 2026. I am departing to pursue another employment opportunity in an in-house role.

3.      Consistent with my L.R. 5-1(c)(3), after the effective date of my resignation from Davis Wright Tremains LLP I will update and keep current my contact information with PACER and CM/ECF.

4.      Attorneys Jacob Harper, Heather Canner, and Peter K. Bae of Davis Wright Tremaine LLP, who are also counsel to Defendant GT's Living Foods, LLC in this matter, will remain as counsel for Defendant in the above-captioned matter.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is  true and correct.

Executed this 18th day of June 2026, in  Los Angeles, California.


_____

Joseph Elie-Meyers

2

NOTICE OF CHANGE OF COUNSEL

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899