Heather L. Rosing, SBN 183986
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101
Tel: 619-235-6000
hrosing@rosinglaw.com

Attorney for Non-Parties, Jacob M. Harper
and Joseph Elie-Meyers

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ on Behalf of Themselves and All Others Similarly Situated,

      Plaintiff,

v.

GT'S LIVING FOODS, LLC,

      Defendant.

Case No. 3:26-mc-80036-TSH

**NOTICE OF LIMITED APPEARANCE OF HEATHER L. ROSING AS COUNSEL FOR NON-PARTIES, JACOB M. HARPER AND JOSEPH ELIE-MEYERS**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Heather L. Rosing of the law firm Rosing Pott & Strohbehn LLP, who is permitted to practice in this District, hereby appears as counsel of record on behalf of Non-Parties, Jacob M. Harper, and Joseph Elie-Meyers for the limited purpose of representation with regard to the Magistrate Thomas S. Hixon's Order for sanctions, DKT 21, filed June 18, 2026, and related proceedings.

Effective immediately, please add Heather L. Rosing as an attorney to be noticed on all matters at the following address:

/ / /

1

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

Heather L. Rosing, Bar No. 183986
Rosing Pott & Strohbehn LLP
770 1st Avenue, Suite 200
San Diego, California 92101
(619) 235-6000
hrosing@rosinglaw.com

ROSING POTT & STROHBEHN LLP

Dated: July 2, 2026        By:        /s/ Heather L. Rosing
                                    Heather L. Rosing
                                    Attorney for Non-Parties, Jacob M.
                                    Harper and Joseph Elie-Meyers

2
NOTICE OF LIMITED APPEARANCE OF HEATHER L. ROSING AS COUNSEL FOR NON-PARTIES, JACOB M. HARPER AND JOSEPH ELIE-MEYERS

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18, and not a party to this action. My business address is 770 1st Avenue, Suite 200, San Diego, CA 92101.

On July 2, 2026, I electronically filed the foregoing **NOTICE OF LIMITED APPEARANCE OF HEATHER L. ROSING AS COUNSEL FOR NON-PARTIES, JACOB M. HARPER AND JOSEPH ELIE-MEYERS** in this matter via the district court's CM/ECF system. I certify that all parties to this action are registered CM/ECF users and will be served electronically through CM/ECF, service list attached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed July 2, 2026, at San Diego, California.

_/s/ Maria E. Suarez-Lopez_
Maria E. Suarez-Lopez

NOTICE OF LIMITED APPEARANCE OF HEATHER L. ROSING AS COUNSEL FOR NON-PARTIES, JACOB M. HARPER AND JOSEPH ELIE-MEYERS

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

| | |
|---|---|
| Simon Carlo Franzini<br>Gabriela Zachiah Doble<br>Martin Brenner<br>Dovel & Luner, LLP<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, CA 90401<br>(310) 656-7066<br>simon@dovel.com<br>gabe@dovel.com<br>martin@dovel.com | *Counsel for Plaintiff Amit Patel, Lauren Schmidt and Christopher Nunez on behalf of Themselves and all others similarly situated* |
| Jacob Michael Harper<br>Heather F. Canner<br>Joseph Elie-Meyers<br>Peter Bae<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>(615) 714-1996<br>jacobharmer@dwt.com<br>heathercanner@dwt.com<br>peterbae@dwt.com | *Counsel for Defendant GT's Living Foods, LLC* |
| Yeremey O. Krivoshey<br>Smith Krivoshey, PC<br>28 Geary Street, Suite 650<br>San Francisco, CA 94108<br>(415) 839-7077<br>Fax: (888) 410-0415<br>yeremey@skclassactions.com | *Non-Party, Movant* |
| Joel Dashiell Smith<br>Smith Krivoshey, PC<br>867 Boylston Street, 5th Floor<br>Suite 1520<br>Boston, MA 02116<br>(617) 377-7404<br>Email: joel@skclassactions.com | *Non-Party, Movant* |

1

NOTICE OF LIMITED APPEARANCE OF HEATHER L. ROSING AS COUNSEL FOR NON-PARTIES, JACOB M. HARPER AND JOSEPH ELIE-MEYERS