**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GT'S LIVING FOODS, LLC,<br><br>Defendant. | Case. No. 3:26-mc-80036-TSH<br><br>(Case No. 2:19-cv-10920-FMO-DSR Pending in the Central District of California)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>*[Motion for Relief From Nondispositive Pretrial Order of Magistrate Judge; and Declarations of Jacob M. Harper and Joseph Elie-Meyers Filed Concurrently]* |

[PROPOSED] ORDER

Before the Court is attorneys Jacob M. Harper and Joseph Elie-Meyers' Motion for Relief From Nondispositive Pretrial Order of Magistrate Judge pursuant to Local Rule 72-2, Federal Rule of Civil Procedure 72(a), and 28 U.S.C. § 636(b)(1)(A).  Having considered the Motion, response, and the record in this matter, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.      The Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge is GRANTED.

2.      The Magistrate Judge's June 18, 2026 Order (ECF No. 21) granting the Motion for Sanctions is SET ASIDE in its entirety.

3.      The monetary sanctions awarded in the June 18, 2026 Order are VACATED.

4.      The requirement that attorneys Jacob Harper and Joseph Elie-Meyers complete continuing legal education as a sanction is VACATED.

5.      The Motion for Sanctions filed by Non-Parties Yeremey O. Krivoshey and Smith Krivoshey, P.C. is DENIED.


IT IS SO ORDERED.


DATED: _____

The Honorable _____
United States District Judge

_____     1
[PROPOSED] ORDER