ROSING POTT & STROHBEHN
Heather Rosing (SBN 183986)
    *hrosing@rosinglaw.com*
Wener Vieux (SBN 348047)
*Pending admission to the Northern District*
    *wvieux@rosinglaw.com*
770 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 231-0303

*Attorneys for Jacob M. Harper and*
*Joseph Elie-Meyers*

DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
    *jacobharper@dwt.com*
Heather F. Canner (SBN 292837)
    *heathercanner@dwt.com*
Peter K. Bae (SBN 329158)
    *peterbae@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Defendant*
*GT's Living Foods, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GT'S LIVING FOODS, LLC,<br><br>Defendant. | Case. No. 3:26-mc-80036-TSH<br><br>(Case No. 2:19-cv-10920-FMO-DSR Pending in the Central District of California)<br><br>**DECLARATION OF JACOB M. HARPER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>*[Administrative Motion to Consider Whether Another Party's Material Should Be Sealed; and [Proposed] Filed Concurrently]* |

HARPER DECL. ISO ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

## <u>DECLARATION OF JACOB M. HARPER</u>

I, Jacob M. Harper, declare and state as follows:

1.     I am a member in good standing of the bar of the state of California and a partner at the law firm of Davis Wright Tremaine LLP.  I represent Defendant GT's Living Foods, LLC (GT's) in the above-referenced matter and am lead defense counsel.  I make this declaration in support of Jacob M. Harper and Joseph Elie-Meyers' (collectively, Counsel) Motion to Consider Whether Another Party's Material Should be Sealed (Motion).  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2.     **Documents Requested to Be Sealed.**  Counsel provisionally filed under seal unredacted version of the following documents:

- **Exhibits 22 and 23** to the Declaration of Jacob M. Harper in support of Motion for Relief from Nondispositive Pretrial Order of a Magistrate Judge (Harper Declaration) in their entirety; and

- **Portions of Paragraphs 26 through 28** of the Harper Declaration.

3.     **Exhibits 22 and 23** are agreements that have been designated by plaintiffs Amit Patel, Lauren Schmidt, and Christopher Nunez (Plaintiffs) as Highly Confidential in the matter of *Patel et al. v. GT's Living Foods, LLC*, Case No. 2:19-cv-10920-FMO-DSR (C.D. Cal.) (Patel), pursuant to the parties' Protective Order.  *Patel*, ECF No. 37.

4.     **Portions of Paragraphs 26 through 28** of the Harper Declaration contain excerpts of the above described agreements.

5.     I caused to be served on the Court and all counsel of record an unsealed version of the documents identified above.

6.     This declaration is being served on the *Patel* plaintiffs concurrently with the filing of the Motion.

HARPER DECL. ISO ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

I declare under penalty of perjury that the foregoing is true and correct.

Executed Thursday, July 2, 2026, at Los Angeles, California.


*/s/ Jacob M. Harper*
Jacob M. Harper

HARPER DECL. ISO ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED