ROSING POTT & STROHBEHN
Heather Rosing (SBN 183986)
    *hrosing@rosinglaw.com*
Wener Vieux (SBN 348047)
*Pending admission in the Northern District*
    *wvieux@rosinglaw.com*
770 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 231-0303

*Attorneys for Jacob M. Harper and*
*Joseph Elie-Meyers*

DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
    *jacobharper@dwt.com*
Heather F. Canner (SBN 292837)
    *heathercanner@dwt.com*
Peter K. Bae (SBN 329158)
    *peterbae@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant*
*GT's Living Foods, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GT'S LIVING FOODS, LLC, <br><br> Defendant. | Case No. 3:26-mc-80036-TSH <br><br> (Case No. 2:19-cv-10920-FMO-DSR Pending in the Central District of California) <br><br> **REQUEST FOR ORAL ARGUMENT ON MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

REQUEST FOR ORAL ARGUMENT

Counsel Jacob M. Harper and Joseph Elie-Meyers respectfully request that the Court set a hearing on the Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge, filed on July 2, 2026 (Dkt. 23), pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72(a), and Local Rule 72-2.

DATED: July 6, 2026

ROSING POTT & STROHBEHN LLP

By: */s/ Heather L. Rosing*
    Heather L. Rosing, Attorneys for Jacob M. Harper and Joseph Elie-Meyers

DAVIS WRIGHT TREMAINE LLP

By: */s/ Jacob M. Harper*
    Jacob M. Harper, Attorneys for GT's Living Foods LLC

REQUEST FOR ORAL ARGUMENT     1

**FILER'S ATTESTATION**

I hereby attest that, pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the concurrence to the filing of this document has been obtained from each signatory hereto.

Date: July 6, 2026    By: */s/ Jacob M. Harper*
                              Jacob M. Harper

**PROOF OF SERVICE**

I am employed in the County of King, State of Washington.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine LLP, 920 Fifth Ave., Ste. 3300, Seattle, Washington 98104-1610.

On July 6, 2026, I caused to be served the foregoing document(s) described as: REQUEST FOR ORAL ARGUMENT by placing a true copy of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Smaith Krivoshey, PC
Yeremey O. Krivoshey
166 Geary Street, Suite 1500-1507
San Francisco, CA  94180

Smith Krivoshey, PC
Joel D. Smith
667 Boylston Street, 5th Floor, Suite 1520
Boston, MA  21116

 X      (VIA MAIL) I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

 X      (VIA EMAIL) By forwarding a portable document file to the electronic mail address(es) below from electronic mail address **michelleking@dwt.com** at 920 Fifth Ave., Ste. 3300, Seattle, Washington 98104-1610:

yeremey@skclassactions.com

joel@skclassactions.com

Executed on July 6, 2026, at Tacoma, Washington.

☐      State          I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

X       Federal        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ Michelle King

Michelle King, Assistant Managing Clerk

REQUEST FOR ORAL ARGUMENT                3