**EXHIBIT 1**

| Date | Billed By | Description | hrs. | Rate | Total |
|------|-----------|-------------|------|------|-------|
| 2/5/2026 | Yeremey Krivoshey | Reviewed subpoena on firm's registered agent and discussed strategy for handling with JDS, BSS, and AVL | 0.7 | 950 | 665 |
| 2/5/2026 | Joel Smith | Attention to recently received subpoena; contact agent for service of process; meet w/ BSS and YOK re same. | 0.6 | 1125 | 675 |
| 2/6/2026 | Brittany Scott | Research prior discovery abuse and sanctions related to defense counsel | 0.6 | 850 | 510 |
| 2/6/2026 | Yeremey Krivoshey | Research re motion to quash. Discussed strategy with JDS and BSS (.4) | 3.4 | 950 | 3230 |
| 2/6/2026 | Joel Smith | Meet w/ BSS and YOK re subpoena | 0.4 | 1125 | 450 |
| 2/6/2026 | Brittany Scott | Conf. w/ YOK and JDS re: subpoena and next steps | 0.4 | 850 | 340 |
| 2/8/2026 | Joel Smith | Prepare for upcoming M&C re deposition subpoena; conduct legal and factual research for same | 1.2 | 1125 | 1350 |
| 2/8/2026 | Yeremey Krivoshey | Research re motion to quash and messaged JDS re same. | 0.7 | 950 | 665 |
| 2/9/2026 | Joel Smith | Meet and confer w/ opposing counsel re subpoena. | 0.4 | 1125 | 450 |
| 2/9/2026 | Yeremey Krivoshey | Prepared for meet and confer (.3), participated on meet and confer regarding the motion to quash and sanctions (.4), finished writing summary of meet and confer and discussed same with JDS (.3), researched re motion to quash (3.3) | 4.3 | 950 | 4085 |
| 2/9/2026 | Joel Smith | Outline motion to quash; conduct legal and factual research re same | 1.5 | 1125 | 1687.5 |
| 2/9/2026 | Joel Smith | finish notes on M&C call after call completed | 0.2 | 1125 | 225 |
| 2/10/2026 | Joel Smith | Meet w/ YOK and BSS re subpoena, motion to quash, and motion to shorten time. | 0.4 | 1125 | 450 |
| 2/10/2026 | Joel Smith | Conduct factual and legal research for motion to quash and motion to shorten time; work on briefs and supporting documents for both | 6.1 | 1125 | 6862.5 |
| 2/10/2026 | Yeremey Krivoshey | Worked on motion to quash and conferred with JDS and BSS re same. | 7.8 | 950 | 7410 |
| 2/10/2026 | Brittany Scott | Call w/ team re: Motion to Quash Subpoena | 0.4 | 850 | 340 |
| 2/11/2026 | Joel Smith | Work on motion to quash, motion to shorten time, and objections; supervise filing and service of same; multiple calls and meetings throughout day w/ BSS and YOK re same | 6.8 | 1125 | 7650 |
| 2/11/2026 | Yeremey Krivoshey | Worked on motion to quash and motion to shorten time on the hearing. Many discussions with JDS and Kimberly regarding the same. | 10.4 | 950 | 9880 |
| 2/11/2026 | Kimberly Kittleson | Attention to Motion to Quash; confer with YOK and JDS regarding same; attention to revisions to same; attention to tables; prepare proof of service | 2.5 | 350 | 875 |
| 2/11/2026 | Brittany Scott | Conf. w/ team re: Mtn to Quash and deposition | 0.2 | 850 | 170 |
| 2/11/2026 | Brittany Scott | Reviewed and revised objections to Krivoshey Subpoena | 0.4 | 850 | 340 |
| 2/11/2026 | Brittany Scott | Reviewed and revised Mtn to Shorten Time re: Mtn to Quash | 0.6 | 850 | 510 |
| 2/12/2026 | Yeremey Krivoshey | Reviewed the Court's order denying motion to shorten time and setting hearing re motion to quash. Discussed strategy for briefing and hearing with JDS and BSS. Emailed copy of the order to counsel in Patel case. | 0.3 | 950 | 285 |
| 2/12/2026 | Yeremey Krivoshey | Research re motion for sanctions. | 1.3 | 950 | 1235 |
| 2/12/2026 | Brittany Scott | Reviewed and analyzed order on motion to shorten time | 0.1 | 850 | 85 |
| 2/13/2026 | Yeremey Krivoshey | Research re sanctions motion and conferred re same with JDS. | 3.1 | 950 | 2945 |
| 2/13/2026 | Joel Smith | Conduct preliminary legal and factual research for motion for sanctions; outline major points and authorities for motion | 2.5 | 1125 | 2812.5 |
| 2/14/2026 | Joel Smith | Further strategy and analysis for sanction motion; prepare initial draft | 2.9 | 1125 | 3262.5 |
| 2/15/2026 | Joel Smith | Revise and edit motion for sanctions | 1.3 | 1125 | 1462.5 |
| 2/17/2026 | Yeremey Krivoshey | Research re sanctions motion. | 0.7 | 950 | 665 |

| 2/18/2026 | Joel Smith | Research re motion for sanctions; revise and update motion for sanctions; attention to supporting documents; | 2.3 | 1125 | 2587.5 |
|---|---|---|---|---|---|
| 2/18/2026 | Joel Smith | Review email from opposing counsel re subpoena; confer w/ YOK re same | 0.2 | 1125 | 225 |
| 2/18/2026 | Yeremey Krivoshey | Worked on sanctions motion and discussed same with JDS. | 4.1 | 950 | 3895 |
| 2/19/2026 | Joel Smith | Work on motion for sanctions and supporting documents | 3.3 | 1125 | 3712.5 |
| 2/19/2026 | Joel Smith | Meet w/ YOK re supporting documents for motion for sanctions | 0.2 | 1125 | 225 |
| 2/19/2026 | Yeremey Krivoshey | Continued working on sanctions motion, and discussed same with JDS and BSS. | 4.9 | 950 | 4655 |
| 2/19/2026 | Joel Smith | Analyze notice of withdrawal filed in ND Cal; meet w/ YOK re same | 0.4 | 1125 | 450 |
| 2/19/2026 | Kimberly Kittleson | Revise and finalize exhibits for filing; confer with JDS and YOK regarding same | 0.2 | 350 | 70 |
| 2/19/2026 | Brittany Scott | Reviewed and revised motion for sanctions re: subpoena | 1.1 | 850 | 935 |
| | | | 78.90 | | $78,327.50  USD |