**EXHIBIT 2**

| Date | Billed By | Description | hrs. | Rate | Total |
|---|---|---|---|---|---|
| 3/7/2026 | Joel Smith | Contact opposing counsel re exhibits for opposition brief; review response; attention to next steps re sealed materials | 0.1 | 1125 | 112.5 |
| 3/7/2026 | Joel Smith | Analyze opposition to motion for sanctions and supporting declarations. | 0.6 | 1125 | 675 |
| 3/7/2026 | Yeremey Krivoshey | Reviewed defendant's opposition to sanctions motion and messaged JDS re same. Strategized re reply. | 0.9 | 950 | 855 |
| 3/8/2026 | Joel Smith | Work on outline and preliminary draft for reply brief. | 2.5 | 1125 | 2812.5 |
| 3/9/2026 | Yeremey Krivoshey | Discussed sanctions reply with JDS and reviewed draft of same. | 0.7 | 950 | 665 |
| 3/9/2026 | Joel Smith | Meet w/ YOK re opposition and reply briefs re sanction motion | 0.3 | 1125 | 337.5 |
| 3/10/2026 | Joel Smith | Call w/ LTF at Bursor re statements made in opposition brief. | 0.1 | 1125 | 112.5 |
| 3/10/2026 | Yeremey Krivoshey | Worked on sanctions reply brief and discussed same with JDS | 4.1 | 950 | 3895 |
| 3/10/2026 | Brittany Scott | Reviewed and analyzed Motion to Compel order in GT Kombucha | 0.3 | 850 | 255 |
| 3/11/2026 | Yeremey Krivoshey | Worked on sanctions reply brief and discussed same with JDS. | 7.1 | 950 | 6745 |
| 3/11/2026 | Brittany Scott | Emailed Westlaw re: Sharpe Mtn to Compel Opinion | 0.1 | 850 | 85 |
| 3/12/2026 | Brittany Scott | Fact checked statements made in opposition brief; reported to YOK and JDS re same | 0.2 | 850 | 170 |
| 3/12/2026 | Joel Smith | Edit reply ISO sanctions. | 0.8 | 1125 | 900 |
| 3/12/2026 | Joel Smith | Meet w/ YOK re reply brief. | 0.3 | 1125 | 337.5 |
| 3/12/2026 | Brittany Scott | Revised and edited Reply ISO Motion for Sanctions | 0.9 | 850 | 765 |
| 3/12/2026 | Brittany Scott | Reviewed and analyzed Dovel response re: Mtn to Seal | 0.1 | 850 | 85 |
| 3/12/2026 | Yeremey Krivoshey | Continued working on sanctions reply and discussed same with BSS and JDS | 2.6 | 950 | 2470 |
| 3/13/2026 | Joel Smith | Edit reply brief; attention to exhibits and other supporting documents; supervise filing of same | 0.6 | 1125 | 675 |
| | | | 22.30 | | $21,952.50 USD |