**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
28 Geary Street Suite 650 #1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:  yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

*Attorneys for Non-Parties Yeremey O.
Krivoshey and Smith Krivoshey, PC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ on Behalf of Themselves and all Others Similarly Situated,<br><br>                     Plaintiffs,<br><br>    v.<br><br>GT'S LIVING FOODS, LLC.,<br><br>                  Defendant. | Misc Case No. 3:26-mc-80036-TSH<br><br>(Case No. 2:19-cv-10920-FMO-GJS Pending in the Central District of California)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTIES' SUPPLEMENTAL BRIEF ON THE REASONABLENESS OF ATTORNEY'S FEES PURSUANT TO THE COURT'S ORDER GRANTING SANCTIONS (ECF NO. 21)** |

---

[PROPOSED] ORDER RE FEES; CASE NO. 3:26-mc-80036-TSH

Non-Parties Yeremey O. Krivoshey and Smith Krivoshey P.C. filed their supplemental brief regarding fees pursuant to this Court's June 18, 2026 Order granting their Motion for Sanctions and ordering supplemental briefing on the fee amount. *See* ECF No. 21 at 23:11:12. After consideration of the papers filed by the parties and the arguments of counsel and the parties at the hearing, if any, and good cause appearing, it is hereby ORDERED that:

1.      The requested fees in the amount of $100,280 is granted.

2.       Jacob Harper and Joseph Elie-Meyer, jointly and severally, are ordered to pay Non-Parties Yeremey O. Krivoshey and Smith Krivoshey P.C. $100,280 no later than 30 days after this Order.

3.      This Order is without prejudice to the Non-Parties seeking further fees in connection with the pending motion for review (ECF No. 23), any appeals, or other subsequent events if such fees would be recoverable under governing law.

**IT IS SO ORDERED**

Dated: _____          _____
                                        Hon. Thomas S. Hixson
                                        United States Magistrate Judge