**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
28 Geary Street, Ste. 650 # 1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:  yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ on Behalf of Themselves and all Others Similarly Situated,<br><br>                                    Plaintiffs,<br><br>        v.<br><br>GT'S LIVING FOODS, LLC.,<br><br>                                    Defendant. | Mis. Case No.  3:26-mc-80036<br><br>(CASE NO. 2:19-cv-10920-FMO-GJS Pending in the Central District of California)<br><br>**REQUEST FOR LEAVE TO FILE THREE-PAGE SINGLE-ISSUE REPLY BRIEF**<br><br>**[Local Rule 7-11]**<br><br>Judge: Hon. Thomas S. Hixson |

REQUEST FOR LEAVE TO FILE 3-PAGE REPLY; CASE NO. 3:26-mc-80036

This Court's June 18, 2026 Order required the parties to file the supplemental fee brief on July 9, 2026, and the response on July 23, 2026, respectively, but did not mention the filing of a reply brief. ECF No. 21 at 23:11-12. On July 23, 2026, the sanctioned attorneys filed their response brief, arguing for the first time that the Non-Parties are "not entitled to attorneys' fees for self-representation." ECF No. 29 at 2:13; *see also*, *e.g. id.* 5:5-7:17; 8:3-19. That argument is waived because it should have been made in opposition to the motion for sanctions, not for the first time in the supplemental fee briefing, because it goes to the *availability* of fees as a sanction, not their *amount*. If the Court considers these newly-raised arguments, the Non-Parties respectfully request leave to file a reply brief, no longer than three pages, addressing solely this issue. The Non-Parties will be prepared to file their reply brief promptly if leave is granted.

Pursuant to Local Rule 7-11, the Non-Parties contacted counsel for the sanctioned parties but were unable to obtain a stipulation regarding the relief sought here. *See* Smith Decl., at ¶ 3.

Dated:  July 27, 2026                                    Respectfully submitted,

  /s/    Joel D. Smith

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street,
5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey
(State Bar No. 295032)
28 Geary Street Suite 650 #1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:  yeremey@skclassactions.com