**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
28 Geary Street, Ste. 650 # 1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:  yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ on Behalf of Themselves and all Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>GT'S LIVING FOODS, LLC.,<br><br>                              Defendant. | Mis. Case No.  3:26-mc-80036<br><br>(CASE NO. 2:19-cv-10920-FMO-GJS Pending in the Central District of California)<br><br>**DECLARATION OF JOEL D. SMITH IN SUPPORT OF REQUEST FOR LEAVE TO FILE THREE-PAGE SINGLE-ISSUE REPLY BRIEF**<br><br>**[Local Rule 7-11]**<br><br>Judge: Hon. Thomas S. Hixson |

I, Joel D. Smith, declare as follows:

1.    I am member of the bar of this Court, and a partner at Smith Krivoshey, PC.  I have personal knowledge of the matters set forth herein, and if called upon to do so, would and could testify competently thereto.

2.    I offer this declaration pursuant to Local Rule 7-11(a) and in support of the Request for Leave to File a 3-Page Single-Issue Reply Brief.

3.    Pursuant to Local Rule 7-11, on July 24, 2026, I contacted counsel for the sanctioned attorneys to advise them of the Non-Parties' intent to seek leave to file a reply brief, not more than three pages, solely addressing their argument that the Non-Parties are not entitled to attorneys' fees for self-representation. Counsel responded the same day confirming that they opposed and would not stipulate to the requested relief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.  Executed in Danielson, Connecticut, on July 27, 2026.

/s/ Joel D. Smith
Joel D. Smith