UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT PATEL, et al., | Case No. 26-mc-80036-TSH |
| Plaintiffs, | |
| v. | **ORDER RE REQUEST TO FILE REPLY BRIEF** |
| GT'S LIVING FOODS, LLC, | Re: Dkt. Nos. 30, 31 |
| Defendant. | |

The Court **GRANTS** the Non-Parties' motion for leave to file a reply brief and **DENIES** the Sanctioned Attorneys' request for leave to file a sur-reply brief.

**IT IS SO ORDERED.**

Dated: July 28, 2026

THOMAS S. HIXSON
United States Magistrate Judge