Heather L. Rosing, SBN 183986
Wener Vieux, SBN 348047
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101
Tel: 619-235-6000
hrosing@rosinglaw.com
wvieux@rosinglaw.com

Attorneys for Non-Parties, Jacob M. Harper
and Joseph Elie-Meyers

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ on Behalf of Themselves and All Others Similarly Situated, | Case No. 3:26-mc-80036-TSH |
| Plaintiffs, | **NOTICE OF LIMITED APPEARANCE OF WERNER VIEUX AS CO-COUNSEL FOR NON-PARTIES, JACOB M. HARPER AND JOSEPH ELIE-MEYERS** |
| v. | |
| GT'S LIVING FOODS, LLC, | |
| Defendant. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Wener Vieux of the law firm Rosing Pott & Strohbehn LLP, who is permitted to practice in this District, hereby appears as co-counsel of record on behalf of Non-Parties, Jacob M. Harper, and Joseph Elie-Meyers for the limited purpose of representation with regard to the Magistrate Thomas S. Hixon's Order for sanctions, DKT 21, filed June 18, 2026, and related proceedings.

Effective immediately, please add Wener Vieux as an attorney to be noticed on all matters at the following address:

/ / /

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

Wener Vieux, Esq.
Rosing Pott & Strohbehn LLP
770 1st Avenue, Suite 200
San Diego, California 92101
(619) 235-6000
wvieux@rosinglaw.com

ROSING POTT & STROHBEHN LLP

Dated:  August 6, 2026                    By:    /s/ Wener Vieux

Heather L. Rosing
Wener Vieux
Attorneys for Non-Parties, Jacob M.
Harper and Joseph Elie-Meyers

NOTICE OF LIMITED APPEARANCE OF WENER VIEUX AS CO-COUNSEL
FOR NON-PARTIES, JACOB M. HARPER AND JOSEPH ELIE-MEYERS

## **CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of 18, and not a party to this action. My business address is 770 1st Avenue, Suite 200, San Diego, CA 92101.

On August 6, 2026, I electronically filed the foregoing **NOTICE OF LIMITED APPEARANCE OF WERNER VIEUX AS CO-COUNSEL FOR NON-PARTIES, JACOB M. HARPER AND JOSEPH ELIE-MEYERS** in this matter via the district court's CM/ECF system. I certify that all parties to this action are registered CM/ECF users and will be served electronically through CM/ECF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 6, 2026, at San Diego, California.

/s/ Wener Vieux
Wener Vieux

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

3