United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT PATEL, et al.,<br>Plaintiffs,<br>v.<br>GT'S LIVING FOODS, LLC,<br>Defendant. | Case No. 3:26-mc-80036-TSH (JSC)<br><br>**ORDER RE: MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 24 |

Attorneys Jacob Harper and Joseph Elie-Meyer's motion for relief from a nondispositive pretrial order by Magistrate Judge Hixson was referred to the undersigned as the general duty judge at the time the motion was filed. (Dkt. No. 24.) On August 18, 20226, Judge Hixson resolved the amount of attorneys' fees awarded as sanctions. (Dkt. No. 35.) Movants and non-parties are ordered to meet and confer in person or by video and—by **September 2, 2026**—submit a stipulation regarding a briefing schedule on the motion. If the attorney movants intend to challenge the August 18, 2026 order, the briefing schedule should take that supplemental filing into account.

**IT IS SO ORDERED.**

Dated: August 19, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge