Heather L. Rosing, SBN 183986
Leah A. Lorenz, SBN 228008
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101
Tel: 619-235-6000
hrosing@rosinglaw.com
llorenz@rosinglaw.com

Attorneys for Non-Parties, Jacob M. Harper and Joseph Elie-Meyers

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GT'S LIVING FOODS, LLC,<br><br>Defendant. | Case No. 3:26-mc-80036-TSH<br><br>(Case No. 2:19-cv-10920-FMO-DSR Pending in the Central District of California)<br><br>**MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE OR, IN THE ALTERNATIVE, FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDERS OF MAGISTRATE JUDGE [DKT. NO. 35]** |

Non-Parties and Movants Jacob M. Harper and Joseph Elie-Meyers ("Movants"), pursuant to Civil Local Rule 72-3, Federal Rule of Civil Procedure 72(b), and 28 U.S.C. § 636(b)(1)(B), and, in the alternative, Civil Local Rule 72-2, Federal Rule of Civil Procedure 72(a), and 28 U.S.C. § 636(b)(1)(A), move for de novo determination of, and relief from, the August 18, 2026, order of Magistrate Judge Thomas S. Hixson determining the amount of attorneys' fees awarded as sanctions against Movants [Dkt. No. 35] (the "Fee Order"). This motion is timely filed within 14 days of the Fee Order. Further, pursuant to the Court's August 19, 2026, Order [Dkt. No. 36], Movants and Non-Parties Yeremy O. Krivoshey and Smith Krivoshey, PC, are stipulating to a briefing schedule for Movants' challenges to the August 18, 2026, Order and the prior Order Re: Non-Parties' Motion for Sanctions [Dkt. No. 21].

Pursuant to the Fee Order, all matters concerning the June 18, 2026, Order Re: Non-Parties' Motion for Sanctions [Dkt. No. 21] have concluded and the matter is now fully resolved and subject to de novo review.

Thus, in accordance with the Court's August 19, 2026, Order [Dkt. No. 36] and the briefing schedule Movants and Non-Parties are agreeing upon, Movants will file a consolidated supplemental brief. The consolidated supplemental brief, which will address the Motion for Trial de Novo regarding the August 18, 2026, Fee Order [Dkt. No. 35] and the June 18, 2026, Order [Dkt. No. 21], will detail the findings and conclusions to which each objection is directed, as well as the reasons and authority supporting the objections.

## I. <u>OBJECTIONS AND REQUESTS (CIVIL LOCAL RULE 72-3(a); CIVIL LOCAL RULE 72-2(b)(1)-(b)(2)</u>

Movants request that the Court review the Fee Order de novo and set aside:

(A) the Fee Order in its entirety, because it does not satisfy the but-for causation standard governing compensatory sanctions [Dkt. No. 35 in its entirety and at 8:19-

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

11:12]; (B) those portions of the Fee Order awarding fees incurred in moving to quash, moving to shorten time, moving for sanctions, and replying in support of the sanctions motion, because such fees are not costs of subpoena compliance and Non-Parties are not entitled to fees for self-representation [Dkt. No. 35 at 4:1-5:28, 6:21-8:17, 9:7-11:12]; (C) those portions of the Fee Order finding the claimed hours, rates, and total amount reasonable [Dkt. No. 35 at 6:21-8:17, 9:7-11:12]; and (D) the Fee Order in its entirety, because it rests on and implements the June 18, 2026, sanctions order [Dkt. No. 21], which should be set aside for the reasons stated in Movants' pending Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge [Dkt. No. 23], which Movants incorporate by reference. Movants object to each finding of fact and conclusion of law necessary to support the Fee Order, including without limitation those identified above, and will identify the specific findings and conclusions to which each objection is directed in the consolidated supplemental brief.

## II. STATEMENT OF REASONS AND AUTHORITY

Again, pursuant to the agreed-upon briefing schedule, the reasons and authority supporting this Motion will be set forth in Movants' consolidated supplemental brief.

The reasons that will be addressed in the consolidated supplemental brief will include: (A) the Fee Order is dispositive and subject to de novo review (*see, e.g.*, 28 U.S.C. § 636(b)(1)(B)–(C); Fed. R. Civ. P. 72(b); Civil Local Rule 72-3; *Flam v. Flam*, 788 F.3d 1043, 1046 (9th Cir. 2015); *Bastidas v. Chappell*, 791 F.3d 1155, 1163–65 (9th Cir. 2015)) and, in the alternative, the Fee Order is clearly erroneous and contrary to law (28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Civil Local Rule 72-2); (B) the fee award does not meet the but-for causation requirement (*see, e.g.*, *Goodyear Tire & Rubber Co. v. Haeger*, 581 U.S. 101, 108–09 (2017)); (C) the fees awarded are for costs of advocacy and not for compliance with the subpoena

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

and Non-Parties are not entitled to attorneys' fees for self-representation (*see, e.g.*, Rule 45(d)(1); *Mount Hope Church v. Bash Back!*, 705 F.3d 418, 427–29 (9th Cir. 2012); *Kay v. Ehrler*, 499 U.S. 432, 435 (1991)); (D) the amount of fees awarded is unreasonable (*see, e.g.*, *Hensley v. Eckerhart*, 461 U.S. 424, 434 (1983); *Herrington v. Cnty. of Sonoma*, 883 F.2d 739, 747 (9th Cir. 1989); *Stonebrae L.P. v. Toll Bros., Inc.*, No. C-08-0221 EMC, 2011 WL 1334444, at *12 (N.D. Cal. April 7, 2011), aff'd, 521 F. App'x 592 (9th Cir. 2013); *Glass Egg Digital Media v. Gameloft, Inc.*, No. 17-cv-04165-MMC (RMI), 2020 WL 906714, at *11 (N.D. Cal. Feb. 25, 2020); *Optrics Inc. v. Barracuda Networks Inc.*, No. 17-cv-04977, 2021 WL 411349, at *9–10 (N.D. Cal. Feb. 4, 2021)). In addition, the Fee Order implements the June 18, 2026, sanctions order [Dkt. No. 21]. As discussed in Movants' pending motion [Dkt. No. 23], the underlying sanctions order is erroneous and should be set aside. As such, the Fee Order is similarly erroneous and should be set aside.

ROSING POTT & STROHBEHN LLP

Dated: September 1, 2026 By: /s/ Leah A. Lorenz

Heather L. Rosing
Leah A. Lorenz
Attorneys for Non-Parties, Jacob M. Harper and Joseph Elie-Meyers

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of 18, and not a party to this action. My business address is 770 1st Avenue, Suite 200, San Diego, CA 92101.

On September 1, 2026, I electronically filed the foregoing **MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE OR, IN THE ALTERNATIVE, FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDERS** in this matter via the district court's CM/ECF system. I certify that all parties to this action are registered CM/ECF users and will be served electronically through CM/ECF, service list attached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 1, 2026, at San Diego, California.

*/s/ Maria E. Suarez-Lopez*
Maria E. Suarez-Lopez

| | |
|---|---|
| Simon Carlo Franzini<br>Gabriela Zachiah Doble<br>Martin Brenner<br>Dovel & Luner, LLP<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, CA 90401<br>(310) 656-7066<br>simon@dovel.com<br>gabe@dovel.com<br>martin@dovel.com | *Counsel for Plaintiff Amit Patel, Lauren Schmidt and Christopher Nunez on behalf of Themselves and all others similarly situated* |
| Jacob Michael Harper<br>Heather F. Canner<br>Joseph Elie-Meyers<br>Peter Bae<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>(615) 714-1996<br>jacobharmer@dwt.com<br>heathercanner@dwt.com<br>peterbae@dwt.com | *Counsel for Defendant GT's Living Foods, LLC* |
| Yeremey O. Krivoshey<br>Smith Krivoshey, PC<br>28 Geary Street, Suite 650<br>San Francisco, CA 94108<br>(415) 839-7077<br>Fax: (888) 410-0415<br>yeremey@skclassactions.com | *Non-Party, Movant* |
| Joel Dashiell Smith<br>Smith Krivoshey, PC<br>867 Boylston Street, 5th Floor<br>Suite 1520<br>Boston, MA 02116<br>(617) 377-7404<br>Email: joel@skclassactions.com | *Non-Party, Movant* |