Heather L. Rosing, SBN 183986
Leah A. Lorenz, SBN 228008
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101
Tel: 619-235-6000
hrosing@rosinglaw.com
llorenz@rosinglaw.com

Attorneys for Non-Parties, Jacob M. Harper and Joseph Elie-Meyers

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GT'S LIVING FOODS, LLC,<br><br>Defendant. | Case No. 3:26-mc-80036-TSH<br><br>(Case No. 2:19-cv-10920-FMO-DSR Pending in the Central District of California)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND STAY OF SANCTION PAYMENT** |

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

Pursuant to the Court's Order Re: Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge [Dkt. 36], Non-Parties and Movants Jacob M. Harper and Joseph Elie-Meyers (collectively, "Movants") and Non-Parties Yeremey O. Krivoshey and Smith Krivoshey, PC (collectively, "Non-Parties"), by and through their respective counsel, hereby agree and stipulate:

1. Movants' deadline to file a consolidated supplemental motion challenging Magistrate Judge Hixson's June 18, 2026 and August 18, 2026 Orders, Dkts. 21, 35, is October 2, 2026;

2. Non-Parties' deadline to file a consolidated opposition to Movants' motion is October 23, 2026 [and to respond to Dkts. 23, 40, as part of the consolidated opposition];[1]

3. Movants' deadline to file a reply brief is November 2, 2026.

5. The hearing on Movants' motion is scheduled for November 12, 2026, at 10:00 a.m., or another date and time more convenient for the Court.

6. With respect to the sanction payment ordered on August 18, 2026 [Dkt. 35], the obligation to pay attorneys' fees and other amounts is stayed until 14 days after Final Resolution of the Motion. "Final Resolution" means the date on which (a) an order resolving the Motion is entered and the time for all parties to seek any appellate or further review has expired without any such review being sought, or (b) if appellate or further review is sought, all such proceedings have concluded and no further review is available.

/ / /

---

[1] By stipulating to this briefing schedule, Non-Parties do not waive any argument (and expressly assert) that pursuant to Northern District of California L.R. 72-2(d), Movants' motion as to Judge Hixson's June 18, 2026 Order, Dkt. 21, has already been denied by the District Court by operation of L.R. 72-2(d) because no order denying the motion or setting a briefing schedule was made within 14 days of the filing of Movants' motion on July 2, 2026 (Dkt. 23). Movants disagree with Non-Parties' position.

IT IS SO STIPULATED.

SMITH KRIVOSHEY, PC

Dated: September 2, 2026 By: */s/ Yeremey O. Krivoshey*
Yeremey O. Krivoshey
Joel D. Smith
Non-Parties

ROSING POTT & STROHBEHN LLP

Dated: September 2, 2026 By: */s/ Leah A. Lorenz*
Heather L. Rosing
Leah A. Lorenz
Attorneys for Non-Parties, Jacob M. Harper and Joseph Elie-Meyers

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attest that concurrence in the filing of this document has been obtained from each of the other signatories.

ROSING POTT & STROHBEHN LLP

Dated: September 2, 2026 By: */s/ Leah A. Lorenz*
Heather L. Rosing
Leah A. Lorenz
Attorneys for Non-Parties, Jacob M. Harper and Joseph Elie-Meyers

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

**[PROPOSED] ORDER**

The Court, having reviewed the Joint Stipulation Re: Briefing Schedule and Stay of Sanction Payment, and pursuant to the Stipulation, hereby ORDERS as follows:

1. Movants' deadline to file a consolidated supplemental motion challenging Magistrate Judge Hixson's June 18, 2026 and August 18, 2026 Orders, Dkts. 21, 35, is October 2, 2026;

2. Non-Parties' deadline to file a consolidated opposition to Movants' motion is October 23, 2026 [and to respond to Dkts. 23, 40, as part of the consolidated opposition];

3. Movants' deadline to file a reply brief is November 2, 2026.

5. The hearing on Movants' motion is scheduled for November 12, 2026, at 10:00 a.m., or another date and time more convenient for the Court.

5. With respect to the sanction payment ordered on August 18, 2026 [Dkt. 35], the obligation to pay attorneys' fees and other amounts is stayed until 14 days after Final Resolution of the Motion. "Final Resolution" means the date on which (a) an order resolving the Motion is entered and the time for all parties to seek any appellate or further review has expired without any such review being sought, or (b) if appellate or further review is sought, all such proceedings have concluded and no further review is available.

**IT IS SO ORDERED.**

Dated: ________________

______________________________
**HON. JACQUELINE SCOTT CORLEY**
United States District Judge

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of 18, and not a party to this action. My business address is 770 1st Avenue, Suite 200, San Diego, CA 92101. On September 2, 2026, I electronically filed the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND STAY OF SANCTION PAYMENT** in this matter via the district court's CM/ECF system. I certify that all parties to this action are registered CM/ECF users and will be served electronically through CM/ECF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 2, 2026, at San Diego, California.

*/s/ Maria E. Suarez-Lopez*
Maria E. Suarez-Lopez