Heather L. Rosing, SBN 183986
Leah A. Lorenz, SBN 228008
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101
Tel: 619-235-6000
hrosing@rosinglaw.com
llorenz@rosinglaw.com

Attorneys for Non-Parties, Jacob M. Harper and Joseph Elie-Meyers

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GT'S LIVING FOODS, LLC,<br><br>Defendant. | Case No. 3:26-mc-80036-TSH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>***[MOTION FOR CONSOLIDATED SUPPLEMENTAL MOTION CHALLENGING RULINGS OF JUNE 18, 2026 [ECF 21] AND AUGUST 18, 2026 [ECF 35]]*** |

Pursuant to Local Rule 79-5(f), movant-attorneys Jacob Harper and Joseph Elie-Meyers (together, Movants) hereby submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed of the Court. Counsel will provisionally file under seal portions of Movants' Consolidated Supplemental Motion Challenging Rulings of June 18, 2026 [ECF 21] and August 18, 2026 Orders [ECF 35] ("Consolidated Supplemental Motion"), which were designated as "Highly Confidential" by plaintiffs Amit Patel, Lauren Schmidt, and Christopher Nunez pursuant to the parties' operative Protective Order in *Patel, et. al v. GT's Living Foods*, C.D. Cal. Case No. 2:19-cv-10920-FMO-DSRx (*Patel*), ECF No. 37.

The moving parties request that the following documents be considered to be filed under seal:

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

- **Redactions of Pages** 14:1-2, 14:5-6, 14:10-12, and 14:13-14 of the Consolidated Supplemental Motion.

These pages consist of summaries or verbatim quotation of agreements produced by plaintiffs in *Patel* and marked as "Highly Confidential" pursuant to the *Patel* Protective Order. This Court previously sealed the referenced agreements on March 20, 2026 (ECF 17) in connection with another filing. On July 2, 2026, Movants also filed an administrative motion to file these agreements and discussions of their content under seal (ECF 24), in response to which the *Patel* Plaintiffs requested the Court seal the agreements and any reference to their terms (ECF 26. That motion remains pending. The reasons supporting sealing remain the same as stated in the July 2, 2026 Declaration of Jacob M. Harper in support of the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF 24-1). The moving parties submit this request only to comply with their obligations under Local Rule 79-5 and the protective order issued in *Patel*, and take no position at this time on the propriety of the *Patel* plaintiffs' confidentiality designations, or whether they meet the test for retaining confidentiality.

ROSING POTT & STROHBEHN LLP

Dated: October 2, 2026

By: */s/ Heather L. Rosing*
Heather L. Rosing
Leah A. Lorenz
Attorneys for Non-Parties, Jacob M. Harper and Joseph Elie-Meyers

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of 18, and not a party to this action. My business address is 770 1st Avenue, Suite 200, San Diego, CA 92101.

On October 2, 2026, I electronically filed the foregoing Administrative Motion to Consider Whether Another Party's Material Should be Sealed in this matter via the district court's CM/ECF system. I certify that all parties to this action are registered CM/ECF users and will be served electronically through CM/ECF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 2, 2026, at San Diego, California.

*/s/ Maria Suarez Lopez*
Maria Suarez Lopez

**SERVICE LIST**

***Amit Patel, et al. v. GT's Living Foods, LLC***
**Case No. 3:26-mc-80036-TSH**

| | |
|---|---|
| Simon Carlo Franzini<br>Gabriela Zachiah Doble<br>Martin Brenner<br>Dovel & Luner, LLP<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, CA 90401<br>(310) 656-7066<br>simon@dovel.com<br>gabe@dovel.com<br>martin@dovel.com | *Counsel for Plaintiff Amit Patel, Lauren Schmidt and Christopher Nunez on behalf of Themselves and all others similarly situated* |
| Jacob Michael Harper<br>Heather F. Canner<br>Joseph Elie-Meyers<br>Peter Bae<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>(615) 714-1996<br>jacobharmer@dwt.com<br>heathercanner@dwt.com<br>peterbae@dwt.com | *Counsel for Defendant GT's Living Foods, LLC* |
| Yeremey O. Krivoshey<br>Smith Krivoshey, PC<br>28 Geary Street, Suite 650<br>San Francisco, CA 94108<br>(415) 839-7077<br>Fax: (888) 410-0415<br>yeremey@skclassactions.com | *Non-Party, Movant* |
| Joel Dashiell Smith<br>Smith Krivoshey, PC<br>867 Boylston Street, 5th Floor<br>Suite 1520<br>Boston, MA 02116<br>(617) 377-7404<br>Email: joel@skclassactions.com | *Non-Party, Movant* |